UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BEATA GOLD,

Plaintiff,

-against-

PROSPERO.AI LLC, et al.,

Defendants.
----------------------------------------------------------------X

26-CV-7207 (DEH) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Tuesday, December 8, 2026**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **Tuesday, December 8, 2026**.

**SO ORDERED.**

DATED: New York, New York
November 17, 2026

VALERIE FIGUEREDO
United States Magistrate Judge